FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 JUL -9 AM 10: 30

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| SCOTT CANFIELD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV410-087 |
| DAVO'S TOWING COMPANY, DENNY'S RESTAURANT, PAUL WILLIAMS, JENIFER NEWTON, | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ___ day of _____, 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA